**COMPLAINT BY A PRISONER UNDER THE CIVIL RIGHTS ACT, 42 U.S.C §§ 1983**

Name Hernandez Morales
(Last)                                    (Initial)

Prisoner Number 72347-008

Institutional Address Medical Center P.O Box 4000
Springfield miss. 65801

===========================================================

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

United States America
(Enter the full name of plaintiff in this action.)

vs.

Case No. CV. 4460 SL
(To be provided by the Clerk of Court)

**COMPLAINT UNDER THE CIVIL RIGHTS ACT,**
**Title 42 U.S.C § 1983**

Elias. Hernandez Morales.
(Enter the full name of the defendant(s) in this action)

E-filing

*[All questions on this complaint form must be answered in order for your action to proceed..]*

I.   Exhaustion of Administrative Remedies.

[**Note:** You must exhaust your administrative remedies before your claim can go forward. The court will dismiss any unexhausted claims.]

A.   Place of present confinement  Springfield missouri

B.   Is there a grievance procedure in this institution?
         YES ( )     NO (X)

C.   Did you present the facts in your complaint for review through the grievance procedure?
         YES ( )     NO (✓)

D.   If your answer is YES, list the appeal number and the date and result of the appeal at each level of review. If you did not pursue a certain level of appeal, explain why.

COMPLAINT                              - 1 -

1. Informal appeal  12. Swartz. Lauvancelle. 371 mich. 153. 123. NW 2d 244.163

2. First formal level  13. Hugher V fairfield Lumber V suply Co. 143 comn. 427, 123. A 2d 195, (1956.) As to Joint Tenancy see

3. Second formal level  AM JU 2d. Contenancy. and Jonnt ownership 14. Cait V sistore 85 Conn. 573 84. A 114 (1912).

4. Third formal level  15, Spertene V woods 38 Del. 378, 192 A 689 (1937.) 21. Niehus V C.B Barker Const. Co. 135 Tenn 382 186 SW 460, (1916)

E. Is the last level to which you appealed the highest level of appeal available to you?

YES (✓)   NO ( )

F. If you did not present your claim for review through the grievance procedure, explain why.  19. Atwood V Dumas 144. mass. 167 21. N.E 236 (1889).

II. Parties.

A. Write your name and your present address. Do the same for additional plaintiffs, if any.
Elias. Hernandez. m. P.oBox 4000 Medical Center Federal. Prisioners. Springfiel miss. 65801

B. Write the full name of each defendant, his or her official position, and his or her place of employment.
Elias Hernandez. m.    N/A

COMPLAINT            - 2 -

1  22 Hronow v Gold 274 Mass. 65. 174.
2  N.E 202, 74. A.L.R. 9(o (1931)
3
4

5  III.  Statement of Claim.

6  State here as briefly as possible the facts of your case. Be sure to describe how each
7  defendant is involved and to include dates, when possible. Do not give any legal arguments or
8  cite any cases or statutes. If you have more than one claim, each claim should be set forth in a
9  separate numbered paragraph.

10  50. Wackerbarth v Weisman, 207 Minn.
11  502, 292 N.W. 214 (1940.
12
13  51. 340, 341.
14
15  52. 91 et seq.
16
17  Generally as to the Attachment
18  or garnishment of equitable interests
19  See, 187 et seq.
20
21
22

23  IV.  Relief.

24  Your complaint cannot go forward unless you request specific relief. State briefly exactly
25  what you want the court to do for you. Make no legal arguments; cite no cases or statutes.

26  MaHeton Bank v Standrod 8 Idaho 740.
27  71 P. 114 (1902); Everitt v Farmers v Merchants.
28  Bank of Elm Creek, 82 Neb. 191, 117, N.W

COMPLAINT                    -3-

1. 117 P.W. 461 (1908), modified, 82 Neb (91
2. 118, P.W. 864 (1908
3. 
4. 
5. I declare under penalty of perjury that the foregoing is true and correct.
6. 
7. Signed this __3__ day of __APRIL__, 20_08_
8. 
9. _Elias Hernandez. m._
10. (Plaintiff's signature)

COMPLAINT - 4 -

Office of the Inspector General
U.S Deparment of Justice
950 Pennsylvania Avenue. pw.
Room 4322
Washington D.c 20530

Yo les Pido. A Su Courte de San Jose C.A O A quien Resiva mi cartar que mande. Una carta A la corte de Washigton. Para el caso del Dinero. del Plan. o Ayuda del Abojado general.
Para mi caso en Del Rio. Tx.
y no tengo Dinero en la cuenta mia

Plan   Choise of Plan

Petition. For wriT oF ABEAS. Corpus By A Person In Federal. Costody (28 U.S.c 2241).
Appeal. 1042. End. Appeal. 1041-1-745 5. 746 End.

Case : Cr - 9400 SL.

APPEAL: motion  2255.
~~Pending~~ Status. I.N.S
pregunta por el numero
 o Incuiri

3003 Rules of construction.
(a) Terms. For purposes of this chapter
(1) The term "or" is not "includes" and "including" are not limiting
(2) the term "or" is not exclusive and
(3) the singular includes the plural.
(b) effect on rights of the United States - this chapter shall no be construed to curtail or limit the right of the united States under any other Federal law any State law.
(1) the collect taxes or to collect any aumount collectible in the same manner as a tax
(2) to collect ~~taxes~~ any fine penalty assessment restitution or forfeiture arising in a criminal case:
(3) to appoint or seek the appointment of a receiver or
(4) to enforce a security agreement
(c) effect on other laws. This chapter shall not be construed to supersede or modify the operation of
(1) title 11;
(2) admiralty law;
(3) Section 3713 of title 31;
(4) section 303 of the Consumer credict protection Act (15 U.S.C. 1673

72347-008

Elias. Hernandez. m.  ~~Plan~~ Choise of
                     I.N.S         PlAN

Esta. carta es Para Comunicarles
Reclamar. mis. Papeles. del I.N.S
yo APlique. la motion 2241 - 2255 - 2255
A la corte de San. Fransisco. C.A
y Pedir la Ayuda del Council yo
nesito Ayuda Para el Dinero. Plan. 2000. Dollars.
3906 PAYMENTS. or welfere.

A Judgment award or Compromise
Seclement againt the Unated States
under this Chapter. (Including any Inte
rest and costs) Shall be Paid
(1) under Section 1304 of litle 31, if it
arises out of an action commenced in a
court of the Unated. States (or any
APPeal therefrom); or
(2) out of amounts otherwise appropri
ate or available to the office Involve
d if it arises out of an APPeal.
from an aministrative Proceeding under
Chapter 5 of litle 3.
(Added Pub. L. 104 -331 ?(c) oct 26,
1996, 110 stat. 4071.)

Historical AND Statutory Notes. effective and Aplicability Provisions. 1996 Acts. Enacment of this Section by Section 3 (c) of Pub. L 104-331 effective oct. 1 1997 See Section 3 (d) of Pub. L 104-331 set out as a note under Section 1296 of this litle.

No tengo Corre. de la Corte. de Appelacion. de San Franciso nesito saber el numero @ gtatus. del INS Imigracion.

Ayuda del Dinero del Plon. Choise 2000 Dollars.

# FREEDOM OF INFORMATION/PRIVACY ACT REQUEST

TO: Phillip Burton United States Courthouse 450 Golden Gate Avenue SAN Francisco CA 44102

FROM: Elias. Hernandez M.

PURSUANT TO TITLE 5, UNITED STATES CODE, SECTIONS 552, 552(a), I THE UNDERSIGNED, IDENTIFIED AS ABOVE, RESPECTFULLY REQUEST THE ACCESS TO, THE DISCLOSURE OF, THE RELEASE OF, AND THE OPPORTUNITY TO CORRECT AND AMEND. THE FOLLOWING RECORDS MAINTAINED BY YOUR AGENCY:

Noticia to Appeal. Motion. 2255. 2241 AND Requesting For Copies motion. 2554. or Paiment Fees. Plan. Choise. CR 94605L case 94 3936.

I AM ALSO REQUESTING A COPY OF THE APPLICABLE RULES & REGULATIONS FOR YOUR AGENCY AS PROVIDED FOR BY THE FOI/PA, AS AMENDED BY PUBLIC LAW 93-502, 88 STAT. 1561.

IF FOR ANY REASON, ANY OF THE ABOVE-REQUESTED RECORDS ARE DEEMED TO BE NON-DISCLOSABLE, OR NON-RELEASABLE, PLEASE SPECIFY THE REGULATORY & STATUTORY EXEMPTION RELIED UPON, AND STATE WHETHER THE ENTIRE DOCUMENT OR ONLY A PORTION THEREOF, IS DEEMED NON-DISCLOSABLE, AND FURNISH THE NAME AND TITLE OF THE PERSON MAKING THE DECISION.

REQUESTER IS AN INDIGENT INMATE AT Doted Chief AND REQUESTS THAT ANY SEARCH, AND/OR DUPLICATION FEES BE WAIVED, OR IN THE ALTERNATIVE, THAT ACCESS BE PROVIDED BY ALLOWING REQUESTER TO VIEW AND TAKE NOTES OF THE RECORDS RATHER THAN BE PROVIDED WITH COPIES.

THE FOI/PA PROVIDES FOR A REPLY TO THIS REQUEST IN TEN(10) WORKING DAYS. REQUESTER HEREBY INVOKES THIS PROVISION FOR A RESPONSE TO THIS REQUEST WITHIN TEN(10) WORKING DAYS.

Respectfully submitted, Elias. Hernandez M. (requester)

Dated this 21 day of MARCH ~~APRIL~~ ~~MAY~~, 2008

PRIVACY ACT STATEMENT: In accordance with 28 CFR Section 16.41, personal data sufficient to identify the individual submitting requests by mail under the Privacy Act of 1974, 5 U.S.C. Section 552a, is required.

FULL NAME OF REQUESTER: Elias Hernandez Morales
CURRENT ADDRESS: Medical Center for federal Prisoners
DATE OF BIRTH: 12-8-73
PLACE OF BIRTH: Permanent Residence
EMPLOYEE I.D. NUMBER: 72347-008

I certify that I am the person named above and I understand that any falsification of this statement is punishable under the provisions of 18 U.S.C. Section 1001 by a fine of not more than $10,000 or by imprisonment of not more than five(5) years or both, and that requesting or obtaining any record(s) under false pretenses is punishable under the provisions of 5 U.S.C. 552a(i)(3), by a fine of not more than $5,000

Dated this 21 day of MARCH ~~APRIL~~ 2008  Signature: Elias Hernandez M.

## AFFIDAVIT OF INDIGENCY

In as much as the requested information is in the "Public Interest", and I have declared myself to be indigent, I ask that you waive all fees, cost, and/or charges pursuant to 5 U.S.C. 552a (1) (3) et. seq.

I, _Elios Hernandez M._, am the requester in the attached F.O.I.A./Privacy Act Request and I declare under the penalty of perjury that I am an indigent inmate and have the amount of $ 0 in my prison account, and have no other assets available.

_Elias Hernandez M._        _22 March 2008_
SIGNATURE                   DATE

Sworn to before me this _22_ day of _March_, 2008.

_R.J. Douglas_ / Mental Health Unit Counselor
WITNESS
_R.J. Gonzales_

U.S. Department of Justice

# Certification of Identity



**Privacy Act Statement.** In accordance with 28 CFR Section 16.41(d) personal data sufficient to identify the individuals submitting reque[st] by mail under the Privacy Act of 1974, 5 U.S.C. Section 552a, is required. The purpose of this solicitation is to ensure that the records individuals who are the subject of U.S. Department of Justice systems of records are not wrongfully disclosed by the Department. Failure furnish this information will result in no action being taken on the request. False information on this form may subject the requester to cri[m]inal penalties under 18 U.S.C. Section 1001 and/or 5 U.S.C. Section 552a(i)(3).

Public reporting burden for this collection of information is estimated to average 0.50 hours per response, including the time for reviev ing instructions, searching existing data sources, gathering and maintaining the data needed, and completing and reviewing the collectic of information. Suggestions for reducing this burden may be submitted to Director, Facilities and Administrative Services Staff, Justi Management Division, U.S. Department of Justice, Washington, DC 20530 and the Office of Information and Regulatory Affairs, Offic of Management and Budget, Public Use Reports Project (1103-0016), Washington, DC 20503.

Full Name of Requester [1]  Elias Hernandez Morales.

Citizenship Status [2]  N/A Closure.    Social Security Number [3]  N/A

Current Address  Medical Center for federal Prisioners Springfield - Missori 65801-4000

Date of Birth  13-8-73.    Place of Birth  I Borned In Mexic[o]

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct, and that I am th[e] person named above, and I understand that any falsification of this statement is punishable under the provisions of 18 U.S.C. Section 100 by a fine of not more than $10,000 or by imprisonment of not more than five years or both, and that requesting or obtaining any record(s under false pretenses is punishable under the provisions of 5 U.S.C. 552a(i)(3) by a fine of not more than $5,000.

Date _____

Signature [4]  _____

---

**OPTIONAL: Authorization to Release Information to Another Person**

This form is also to be completed by a requester who is authorizing information relating to himself or herself to be released to another person

Further, pursuant to 5 U.S.C. Section 552a(b), I authorize the U.S. Department of Justice to release any and all information relating to me to:

_____

**Print or Type Name**

[1] Name of individual who is the subject of the record sought.
[2] Individual submitting a request under the Privacy Act of 1974 must be either "a citizen of the United States or an alien lawful admitted for permanent residence," pursuant to 5 U.S.C. Section 552a(a)(2). Requests will be processed as Freedom of Information A requests pursuant to 5 U.S.C. Section 552, rather than Privacy Act requests, for individuals who are not United States citizens or alie lawfully admitted for permanent residence.
[3] Providing your social security number is voluntary. You are asked to provide your social security number only to facilitate the identification of records relating to you. Without your social security number, the Department may be unable to locate any or all recor pertaining to you.
[4] Signature of individual who is the subject of the record sought.  Morales. Elias Hernandez Morales.

FORM DOJ-
SEP

FORM APPROVED OMB NO. 1103-0016
EXPIRES 4/31/07

BP-S148.055 **INMATE REQUEST TO STAFF** CDFRM
SEP 98
U.S. DEPARTMENT OF JUSTICE                                    FEDERAL BUREAU OF PRISONS

| TO: (Name and Title of Staff Member) | DATE: |
|---|---|
| Mr. Shiwek | 20983-101 |
| FROM: | REGISTER NO.: |
| Jerime Williams | 7217 |
| WORK ASSIGNMENT: | UNIT: |
| fee. Aliens. this index | 114 N/A Armed Vessels |

SUBJECT: (Briefly state your question or concern and the solution you are requesting. Continue on back, if necessary. Your failure to be specific may result in no action being taken. If necessary, you will be interviewed in order to successfully respond to your request.)

I Need Copies 2244.
1952 Renumbered 1956
(1) managment vanable.
2000Act
(2) managment vanable
Rule 1952B. Renumbered 1959
4(E) May be Expiration dete.
withdrown by the 2. Setoff. Army
Complainant. (Records)
1753. to 1760 reserved for future
legislation. ASSUMED NAME At Risk youtH

(Do not write below this line)

DISPOSITION:

1545. Safe. Conduct Violation
whoever violates any Safe conduct or Passport
duly obtained and Issued under Authority of the
United. States. Shall be fined under this title,
not more than 10 years, or both.
(June 25 1948 c. 625 tot 771. Sept 13, 1994, Pub L.
103-322, Title XIII 130009 (a)(3) Title XXXIII,
33001(a)(1), 108 Stat. 2030 2147.)

| Signature Staff Member | Date |
|---|---|
| 3506. | 18 |

Record Copy - File; Copy - Inmate
(This form may be replicated via WP)    This form replaces BP-148.070 dated Oct 86 and BP-S148.070 APR 94

Security Procedures established pursuant to Ant. to Pub. L. 96-456 94 Stat 2025 by the court Justice of the United States for Protection of Classified Information. Cities

Art. IV. Pub. L. 96-456 Oct. 15, 1980 94 Stat 2025

53:18.A Special measures for Jurisdiction, financial Institutions, International transactions or Tipes of Accounts of Primary money laundering concern.

Subchapter III money laundering And related financial Crimes.

Part 1. National money Laundering And Related financial Crimes strategy

Money and Finance

Instructions. Read Carefully.

United States of America.

US.

5332. Bulk Cash Smugling into or out of the United States (name of movant)

(Full name under which you were convicted.)

Case No Penalty (to be suplied the Clerk of The District court.)

5324. Staff Commentaries.

Secretary shall written rulings Interpreting this

JS 44 - CAND (Rev. 11/04)

# CIVIL COVER SHEET

The JS-44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. (SEE INSTRUCTIONS ON PAGE TWO.)

**I.(a) PLAINTIFFS**
I,O,P
Consulation the act of consulting 2 a meeting to discuss. decide or plan something. as

**DEFENDANTS** (U.R.O)
D-DEFINITIONS III.Definitions
A-C.J.A Criminal Justice Act.
C.J.A. Panel

**(b)** COUNTY OF RESIDENCE OF FIRST LISTED PLAINTIFF __VASO__
(EXCEPT IN U.S. PLAINTIFF CASES)

COUNTY OF RESIDENCE OF FIRST LISTED DEFENDANT __VASALL__
(IN U.S. PLAINTIFF CASES ONLY)
NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE TRACT OF LAND INVOLVED.

**(c)** ATTORNEYS (FIRM NAME, ADDRESS, AND TELEPHONE NUMBER)
Manuel Pacheco

ATTORNEYS (IF KNOWN)
Plaintiffs Attchment

## II. BASIS OF JURISDICTION (PLACE AN 'X' IN ONE BOX ONLY)

- [ ] 1 U.S. Government Plaintiff
- [x] 3 Federal Question (U.S. Government Not a Party)
- [ ] 2 U.S. Government Defendant
- [ ] 4 Diversity (Indicate Citizenship of Parties in Item III)

## III. CITIZENSHIP OF PRINCIPAL PARTIES (PLACE AN 'X' IN ONE BOX FOR PLAINTIFF AND ONE BOX FOR DEFENDANT) (For diversity cases only)

| | PTF | DEF | | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | [ ]1 | [ ]1 | Incorporated or Principal Place of Business In This State | [x]4 | [x]4 |
| Citizen of Another State | [x]2 | [x]2 | Incorporated and Principal Place of Business In Another State | [ ]5 | [ ]5 |
| Citizen or Subject of a Foreign Country | [ ]3 | [ ]3 | Foreign Nation | [ ]6 | [ ]6 |

## IV. ORIGIN (PLACE AN "X" IN ONE BOX ONLY)

- [ ] Original Proceeding
- [x] Removed from State Court
- [ ] Remanded from Appellate Court
- [ ] Reinstated or Reopened
- [ ] Transferred from Another district (specify)
- [x] Multidistrict Litigation
- [ ] Appeal to District Judge from Magistrate Judgment

## V. NATURE OF SUIT (PLACE AN "X" IN ONE BOX ONLY)

| CONTRACT | TORTS | | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|---|
| ☐110 Insurance | PERSONAL INJURY | PERSONAL INJURY | ☐610 Agriculture | ☒422 Appeal 28 USC 158 | ☐400 State Reapportionment |
| ☐120 Marine | ☐310 Airplane | ☐362 Personal Injury Med Malpractice | ☐620 Other Food & Drug | ☒423 Withdrawal 28 USC 157 | ☒410 Antitrust |
| ☐130 Miller Act | ☐315 Airplane Product Liability | ☐365 Personal Injury Product Liability | ☐625 Drug Related Seizure of Property 21 USC 881 | | ☐430 Banks and Banking |
| ☐140 Negotiable Instrument | ☐320 Assault Libel & Slander | ☒368 Asbestos Personal Injury Product Liability | ☒630 Liquor Laws | **PROPERTY RIGHTS** | ☐450 Commerce/ICC Rates/etc. |
| ☐150 Recovery of Overpayment & Enforcement of Judgment | ☐330 Federal Employers Liability | | ☒640 RR & Truck | ☐820 Copyrights | ☐460 Deportation |
| ☐151 Medicare Act | ☐340 Marine | PERSONAL PROPERTY | ☐650 Airline Regs | ☐830 Patent | ☐470 Racketeer Influenced and Corrupt Organizations |
| ☒152 Recovery of Defaulted Student Loans (Excl Veterans) | ☒345 Marine Product Liability | ☒370 Other Fraud | ☐660 Occupational Safety/Health | ☒840 Trademark | ☐480 Consumer Credit |
| ☐153 Recovery of Overpayment of Veteran's Benefits | ☐350 Motor Vehicle | ☐371 Truth In Lending | ☐690 Other | | ☐490 Cable/Satellite TV |
| ☐160 Stockholders Suits | ☐355 Motor Vehicle Product Liabiltiy | ☐380 Other Personal Property Damage | **LABOR** | **SOCIAL SECURITY** | ☐810 Selective Service |
| ☐190 Other Contract | ☐360 Other Personal Injury | ☐385 Property Damage Product Liability | ☐710 Fair Labor Standards Act | ☐861 HIA (1395ff) | ☐850 Securities/Commodities/Exchange |
| ☐195 Contract Product Liability | | | ☐720 Labor/Mgmt Relations | ☐862 Black Lung (923) | ☐875 Customer Challenge 12 USC 3410 |
| ☐196 Franchise | | | ☐730 Labor/Mgmt Reporting & Disclosure Act | ☐863 DIWC/DIWW (405(g)) | ☐891 Agricultural Acts |
| | | | ☐740 Railway Labor Act | ☐864 SSID Title XVI | ☐892 Economic Stabilization Act |
| **REAL PROPERTY** | **CIVIL RIGHTS** | **PRISONER PETITIONS** | ☐790 Other Labor Litigation | ☒865 RSI (405(g)) | ☐893 Environmental Matters |
| ☐210 Land Condemnation | ☐441 Voting | ☐510 Motion to Vacate Sentence Habeas Corpus: | ☐791 Empl.Ret. Inc. Security Act | **FEDERAL TAX SUITS** | ☐894 Energy Allocation Act |
| ☐220 Foreclosure | ☐442 Employment | ☐530 General | | ☒870 Taxes (US Plaintiff or Defendant) | ☐895 Freedom of Information Act |
| ☒230 Rent Lease & Ejectment | ☐443 Housing | ☐535 Death Penalty | | ☐871 IRS - Third Party 26 USC 7609 | ☐900 Appeal of Fee Determination Under Equal Access to Justice |
| ☐240 Torts to Land | ☐444 Welfare | ☒540 Mandamus & Other | | | ☐950 Constitutionality of State Statutes |
| ☐245 Tort Product Liability | ☒440 Other Civil Rights | ☐550 Civil Rights | | | ☐890 Other Statutory Actions |
| ☐290 All Other Real Property | ☐445 Amer w/ disab - Empl | ☐555 Prison Condition | | | |
| | ☐446 Amer w/ disab - Other | | | | |

## VI. CAUSE OF ACTION (CITE THE US CIVIL STATUTE UNDER WHICH YOU ARE FILING AND WRITE BRIEF STATEMENT OF CAUSE. DO NOT CITE JURISDICTIONAL STATUTES UNLESS DIVERSITY)

[redacted]

**VII. REQUESTED IN COMPLAINT:** ☐ CHECK IF THIS IS A CLASS ACTION UNDER F.R.C.P. 23    DEMAND $_____    CHECK YES only if demanded in complaint:
JURY DEMAND: ☒ YES ☐ NO

**VIII. RELATED CASE(S) IF ANY**    PLEASE REFER TO CIVIL L.R. 3-12 CONCERNING REQUIREMENT TO FILE "NOTICE OF RELATED CASE".
Plan Choice 2255 - 2254 - 2241
71·Fcl·2d 250

**IX. DIVISIONAL ASSIGNMENT (CIVIL L.R. 3-2)** (PLACE AND "X" IN ONE BOX ONLY)
☒ SAN FRANCISCO/OAKLAND    ☐ SAN JOSE

DATE: 10-4-2008
SIGNATURE OF ATTORNEY OF RECORD: ALia Lodium And Richard Wieking


JS 44 Page 2
(Rev. 11/04)

## INSTRUCTIONS FOR ATTORNEYS COMPLETING CIVIL COVER SHEET FORM JS-44
### Authority For Civil Cover Sheet

The JS-44 civil cover sheet and the information contained herein neither replaces nor supplements the filings and service of pleading or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. Consequently a civil cover sheet is submitted to the Clerk of Court for each civil complaint filed. The attorney filing a case should complete the form as follows:

I. (a) Plaintiffs - Defendants. Enter names (last, first, middle initial) of plaintiff and defendant. If the plaintiff or defendant is a government agency, use only the full name or standard abbreviations. If the plaintiff or defendant is an official within a government agency, identify first the agency and then the official, giving both name and title.

(b) County of Residence. For each civil case filed, except U.S. plaintiff cases, enter the name of the county where the first listed plaintiff resides at the time of filing. In U.S. plaintiff cases, enter the name of the county in which the first listed defendant resides at the time of filing. (NOTE: In land condemnation cases, the county of residence of the "defendant" is the location of the tract of land involved.)

(c) Attorneys. Enter the firm name, address, telephone number, and attorney of record. If there are several attorneys, list them on an attachment, noting in this section "(see attachment)".

II. Jurisdiction. The basis of jurisdiction is set forth under Rule 8(a). F.R.C.P., which requires that jurisdictions be shown in pleadings. Place an "X" in one of the boxes. If there is more than one basis of jurisdiction, precedence is given in the order shown below.

United States plaintiff. (1) Jurisdiction based on 28 U.S.C. 1345 and 1348. Suits by agencies and officers of the United States are included here.

United States defendant. (2) When the plaintiff is suing the United States, its officers or agencies, place an "X" in this box.

Federal question. (3) This refers to suits under 28 U.S.C. 1331, where jurisdiction arises under the Constitution of the United States, an amendment to the Constitution, an act of Congress or a treaty of the United States. In cases where the U.S. is a party, the U.S. plaintiff or defendant code takes precedence, and box 1 or 2 should be marked.

Diversity of citizenship. (4) This refers to suits under 28 U.S.C. 1332, where parties are citizens of different states. When Box 4 is checked, the citizenship of the different parties must be checked. (See Section III below; federal question actions take precedence over diversity cases.)

III. Residence (citizenship) of Principal Parties. This section of the JS-44 is to be completed if diversity of citizenship was indicated above. Mark this section for each principal party.

IV. Origin. Place an "X" in one of the seven boxes.

Original Proceedings. (1) Cases which originate in the United States district courts.

Removed from State Court. (2) Proceedings initiated in state courts may be removed to the district courts under Title 28 U.S.C., Section 1441. When the petition for removal is granted, check this box.

Remanded from Appellate Court. (3) Check this box for cases remanded to the district court for further action. Use the date of remand as the filing date.

Reinstated or Reopened. (4) Check this box for cases reinstated or reopened in the district court. Use the reopening date as the filing date.

Transferred from Another District. (5) For cases transferred under Title 28 U.S.C. Section 1404(a). Do not use this for within district transfers or multidistrict litigation transfers.

Multidistrict Litigation. (6) Check this box when a multidistrict case is transferred into the district under authority of Title 28 U.S.C. Section 1407. When this box is checked, do not check (5) above.

Appeal to District Judge from Magistrate Judgment. (7) Check this box for an appeal from a magistrate judge's decision.

V. Nature of Suit. Place an "X" in the appropriate box. If the nature of suit cannot be determined, be sure the cause of action, in Section IV above, is sufficient to enable the deputy clerk or the statistical clerks in the Administrative Office to determine the nature of suit. If the cause fits more than one nature of suit, select the most definitive.

VI. Cause of Action. Report the civil statute directly related to the cause of action and give a brief description of the cause.

VII. Requested in Complaint. Class Action. Place an "X" in this box if you are filing a class action under Rule 23, F.R.Cv.P.

Demand. In this space enter the dollar amount (in thousands of dollars) being demanded or indicate other demand such as a preliminary injunction.

Jury Demand. Check the appropriate box to indicate whether or not a jury is being demanded.

VIII. Related Cases. This section of the JS-44 is used to reference related pending cases if any. If there are related pending cases, insert the docket numbers and the corresponding judge names for such cases. Date and Attorney Signature.

Date and Attorney Signature. Date and sign the civil cover sheet.



RECEIVED

APR 2 9 2008

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT   ORIGINAL IN 530
NORTHERN DISTRICT OF CALIFORNIA

Filipus Hernandez M.
#74579-008
Medical Center for Federal Prisoners
Springfield Missouri 65801-4000

OFFICE OF
DISTRICT
DISTRICT
San Jose
450 Gold
San F
94102