***E-FILED - 7/3/08***

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| ELIAS HERNANDEZ-MORALES, | ) | No. C 08-2237 RMW (PR) |
| Plaintiff, | ) | ORDER OF DISMISSAL |
| v. | ) | |
| | ) | (Docket No. 2) |
| UNITED STATES OF AMERICA, | ) | |
| Defendant. | ) | |

On April 29, 2008, plaintiff, proceeding pro se, filed a civil rights complaint pursuant to 42 U.S.C. § 1983 and a motion to proceed in forma pauperis ("IFP"). The same day, the Court notified plaintiff that he had neither paid the filing fee nor filed a completed IFP application. In particular, plaintiff's IFP application did not include a certificate of funds completed and signed by a prison official, and plaintiff had not used the correct IFP form. Along with the deficiency notice, plaintiff was provided with a new IFP application, instructions for completing it, and a stamped return envelope. Plaintiff was cautioned that his failure to either file a complete IFP application, including the required certificate of funds and trust account statement, or pay the filing fee within thirty days would result in the dismissal of this action. No response has been received from plaintiff. Accordingly, the instant action is DISMISSED without prejudice to

Order of Dismissal
P:\pro-se\sj.rmw\cr.08\Hernandez237disifp

1  plaintiff filing a new action in which he either pays the filing fee or files a completed IFP
2  application.
3      The incomplete IFP application (docket no. 2) is DENIED.
4      The clerk shall enter judgment and close the file.
5      IT IS SO ORDERED.
6  DATED:  7/1/08

*Ronald M. Whyte*
RONALD M. WHYTE
United States District Judge

Order of Dismissal
P:\pro-se\sj.rmw\cr.08\Hernandez237disifp